No. M–87. RIVERA-ROBLES *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. M–89. LYLE *v.* JARRELL ET AL.;

No. M–90. COLEMAN *v.* TAYLOR; and

No. M–91. NORTH AMERICAN MARINE, INC., ET AL. *v.* PONTOON SHIPPING CO., LTD. (CYPRUS). Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 108, Orig. NEBRASKA *v.* WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $42,577.26 for the period of November 16, 1996, through June 15, 1997, to be paid as follows: 30% by Nebraska, 30% by Wyoming, 15% by Colorado, and 25% by the United States. [For earlier order herein, see, *e. g.,* 519 U. S. 1038.]

No. 120, Orig. NEW JERSEY *v.* NEW YORK. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $263,488.89 to be paid equally by the parties. Motion of New York for leave to file Exceptions in excess of the page limitations denied. Motion of the City of New York for leave to file a brief as *amicus·curiae* in excess of the page limitations denied. [For earlier order herein, see, *e. g.,* 520 U. S. 1273.]

No. 95–1726. UNITED STATES *v.* LABONTE ET AL., 520 U. S. 751. Motion of respondent Stephen Dyer to modify the opinion denied.

No. 96–779. ARKANSAS EDUCATIONAL TELEVISION COMMISSION *v.* FORBES. C. A. 8th Cir. [Certiorari granted, 520 U. S. 1114.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: petitioner, 25 minutes; respondent, 25 minutes; and the Acting Solicitor General, 10 minutes.

No. 96–871. STATE OIL CO. *v.* KHAN ET AL. C. A. 7th Cir. [Certiorari granted, 519 U. S. 1107.] Motion of New York et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.